In the Matter of the Accounting of JENNIE ALBANESE, as Guardian of WILLIAM ALBANESE.

WILLIAM ALBANESE, Appellant; WALTER A. FULLERTON, Respondent.

(Argued October 1, 1936; decided October 20, 1936.)

*R. Emmett Mahoney* for William Albanese, appellant.

*Walter A. Fullerton* (in person) and *Francis J. Neddo* for Walter A. Fullerton, respondent.

Order affirmed, without costs, on the ground the Surrogate's Court had no jurisdiction in this proceeding to make the order; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS. CROUCH, LOUGHRAN and FINCH, JJ.